**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roberto CORDERO PENA,**
**Defendant–Appellant.**

No. 05–50558
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Robert Alan Leahey, Leahey Law Offices, Odessa, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Roberto Cordero Pena appeals the 24–month sentence imposed following the March 2005 revocation of his supervised release. "In the absence of its being raised by a party, this court is obliged to raise the subject of mootness *sua sponte.*" *Bailey v. Southerland,* 821 F.2d 277, 278 (5th Cir.1987). Article III, § 2, of the Constitution limits federal court jurisdiction to actual cases and controversies. *See Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998). The case-or-controversy requirement demands that some collateral consequence of the conviction must exist if the action is to be maintained. *Id.*

Cordero Pena has served the sentence that was imposed upon the revocation of his supervised release and is not subject to any additional supervision. Accordingly, there is no case or controversy for this court to address, and the appeal is dismissed as moot.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.